IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT L. BAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-00612 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Robert L. Bain's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a supportive brief (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that the Motion should be denied (*id.* at 30). The Report was filed on June 6, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 30-31.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __27th__ day of June, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT