## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT L. BAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:10-cv-00612** |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Griffin** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff Robert L. Bain's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a supportive brief (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that the Motion should be denied (*id.* at 30). The Report was filed on June 6, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 30-31.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___27___ day of June, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT